Louis Benowitz (SBN 262300)
    louis@benowitzlaw.com
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Boulevard, Penthouse
Beverly Hills, California 90212
Telephone:  (310) 844-5141
Facsimile:   (310) 492-4056

Attorneys for Plaintiff
WILLIE JOHNSON

Lorraine H. O'Hara (SBN: 170153)
SEYFARTH SHAW LLP
    lohara@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JOHNSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>VERIZON CALIFORNIA INC., a California corporation; and DOES 1–50, inclusive,<br><br>    Defendants. | Case No. 13-CV-2248-JGB (DTBx)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

## **ORDER**

Having considered the Joint Stipulation for Dismissal of Entire Action, and good cause appearing therefor, this Court HEREBY ORDERS:

1. The entire action is dismissed with prejudice as to Plaintiff Willie Johnson ("Plaintiff");

2. The entire action is dismissed without prejudice as to all other putative class members; and

3. Plaintiff and Defendant Verizon California Inc. ("Defendant") shall each bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 14, 2014

BY_____
HON. JESUS G. BERNAL
U.S. District Court Judge